# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### WESTERN DIVISION

**JHONNIE E. THOMAS**                                                      **PETITIONER**

**VERSUS**                                     **CIVIL ACTION NO. 5:07-cv-178-DCB-MTP**

**ISSAQUENA-VICKSBURG P.D.M.**                                  **RESPONDENT**

## FINAL JUDGMENT

This cause is before the court, *sua sponte*, for consideration of dismissal. Pursuant to the memorandum opinion issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the   21st   day of December, 2007.


                                                   s/ David Bramlette
                                               UNITED STATES DISTRICT JUDGE